UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPECTRUM DIVERSIFIED DESIGN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, et al., <br><br> Defendants. | C18-133 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by May 18, 2018, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on February 12, 2018, docket no. 7. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1