UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SPECTRUM DIVERSIFIED DESIGN, LLC,

    Plaintiff,

v.

TARGET CORPORATION, et al.,

    Defendants.

C18-133 TSZ

ORDER

By Minute Order dated April 18, 2018, docket no. 8, the Court directed the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on February 12, 2018, docket no. 7. Having received no response to said Minute Order, this action is hereby DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Wallace v. Hinton*, 2000 WL 1728285 (9th Cir. Nov. 20, 2000) (affirming dismissal without prejudice for failure to timely file a joint status report (citing *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 132 (9th Cir. 1987))).

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 14th day of June, 2018.

                                                               /s/ Thomas S. Zilly
                                                               Thomas S. Zilly
                                                               United States District Judge

ORDER - 1